IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIPHONY MARSHALL,<br>Plaintiff,<br>v.<br>TIDAL WAVE RESPONSE, LLC and JOHN MYERS,<br>Defendants. | Civil Action No.<br>1:21-cv-05186-SDG |

## JURY VERDICT FORM

**Do you find by a preponderance of the evidence:**

1. That Tiphony Marshall should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $50,113.82

2. That Tiphony Marshall should be awarded damages against John Myers and Tidal Wave Response, LLC, for race discrimination, racial harassment, and retaliation under 42 U.S.C. § 1981, to compensate for emotional pain and mental anguish?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $300,140.00

3. That Tiphony Marshall should be awarded damages against Tidal Wave Response, LLC, for sex discrimination, sexual harassment, and retaliation under Title VII of the Civil Rights Act of 1964, to compensate for emotional pain and mental anguish?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $20,140.00

*If you did not award damages in response to any of Question Nos. 1, 2, or 3, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to one or more of Question Nos. 1, 2, or 3, then answer Question Nos. 4, 5 and 6.*

4. That punitive damages should be assessed against John Myers for race discrimination, racial harassment, and retaliation under 42 U.S.C. § 1981?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $3,000,000.00

5. That punitive damages should be assessed against Tidal Wave Response, LLC, for race discrimination, racial harassment, and retaliation under 42 U.S.C. § 1981?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $50,000.00

6. That punitive damages should be assessed against Tidal Wave Response, LLC, for sex discrimination, sexual harassment, and retaliation under Title VII?

Answer Yes or No Yes

If your answer is "Yes," in what amount? $ 50,000.00

SO SAY WE ALL.

[signature]

Foreperson's Signature

DATE: 11/02/2023