**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TIPHONY MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 1:21-CV-05186-SDG |
| vs. | ) | |
| | ) | |
| TIDAL WAVE RESPONSE, LLC | ) | JURY TRIAL DEMANDED |
| and JOHN MYERS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EQUITABLE RELIEF**

On December 28, 2022, the Court entered default judgment as to liability against Defendants John Myers and Tidal Wave Response, LLC on Plaintiff's claims for race discrimination, racial harassment, retaliation, and punitive damages, pursuant to 42 U.S.C. §1981. (Doc. 9.) On June 8, 2023, the Magistrate Judge entered a Non-Final Report and Recommendation ("R&R"), recommending that the Court enter default judgment against Tidal Wave Response, LLC on Plaintiff's claims for sex discrimination, sexual harassment, retaliation and punitive damages, pursuant to Title VII of the Civil Rights Act of 1964. (Doc. 18.) No party objected to the R&R, and on June 26, 2023, the R&R was adopted in full as the order of the Court. (Doc. 22.) By virtue of these orders, prior to trial, the Court entered default

1

judgment against the Defendants as to liability, finding Defendants liable on Plaintiff's claims for punitive damages, race discrimination, racial harassment and retaliation, pursuant to 42 U.SC. §1981 and Title VII, and on Plaintiff's claims for punitive damages, sex discrimination, sexual harassment and retaliation, pursuant to Title VII.[1] (Docs. 9, 18, 22.)

On November 2, 2023, a jury returned a unanimous verdict in Plaintiff's favor, awarding Plaintiff:

1. Back pay against Tidal Wave Response, LLC to compensate Plaintiff for net lost wages and benefits to the date of its verdict, in the amount of $50,113.82;

2. Compensatory damages against John Myers and Tidal Wave Response, LLC, for race discrimination, racial harassment, and retaliation under 42 U.S.C. §1981, to compensate for emotional pain and mental anguish, in the amount of $300,140.00;

3. Compensatory damages against Tidal Wave Response, LLC for sex discrimination, sexual harassment, and retaliation under Title VII of the Civil Rights Act of 1964, to compensate for emotional pain and mental anguish, in the amount of $20,140.00

---

[1] The Court found Defendants jointly liable for Plaintiff's claims pursuant to 42 U.S.C. §1981. (Doc. 9 at 16-19.) However, only Tidal Wave Response, LLC was found liable for Plaintiff's Title VII claims. (Docs. 18, 22.)

4. Punitive damages against John Myers, for race discrimination, racial harassment, and retaliation under 42 U.S.C. §1981, in the amount of $3,000,000.00;

5. Punitive damages against Tidal Wave Response, LLC, for race discrimination, racial harassment, and retaliation under 42 U.S.C. §1981, in the amount of $50,000.00; and

6. Punitive damages against Tidal Wave Response, LLC, for sex discrimination, sexual harassment, and retaliation under Title VII of the Civil Rights Act of 1964, in the amount of $50,000.00.

(Doc. 43.)

Under 42 U.S.C. §1981 and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*, Plaintiff seeks equitable relief and asks the Court to award prejudgment interest and front pay. The basis for this requested post-trial relief is set forth in Plaintiff's Memorandum in Support for her Motion for Equitable Relief filed contemporaneously herewith.

[Signature on following page.]

Respectfully submitted this 9th day of November, 2023.

            BUCKLEY BALA WILSON MEW LLP

            */s/ J. Kyle Brooks*
            Edward D. Buckley
600 Peachtree Street     Georgia Bar No. 092750
Suite 3900         edbuckley@bbwmlaw.com
Atlanta, Georgia 30308    J. Kyle Brooks
Telephone: (404) 781-1100   Georgia Bar No. 773561
Facsimile: (404) 781-1101   kbrooks@bbwmlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TIPHONY MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.: 1:21-CV-05186-SDG |
| vs. | ) | |
| | ) | |
| TIDAL WAVE RESPONSE, LLC and JOHN MYERS, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2023, I electronically filed **PLAINTIFF'S MOTION FOR EQUITABLE RELIEF** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    Eric J. Nathan
    Devin B. Phillips
    Gabrielle E. Espy
    Cory J. Wright

                                            BUCKLEY BALA WILSON MEW LLP

                                            */s/ J. Kyle Brooks*
                                            J. Kyle Brooks
                                            Georgia Bar No. 773561
                                            kbrooks@bbwmlaw.com