UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIPHONY MARSHALL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-05186-SDG |
| v. ) | |
| ) | |
| TIDAL WAVE RESPONSE, LLC ) | |
| And JOHN MYERS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule 54, Local Rule 54.2, 42 U.SC. §1981 and Title VII, Plaintiff Tiphony Marshall respectfully moves the Court for an award of attorneys' fees in the amount of $166,407.50.

Plaintiff also respectfully moves for an award of expenses which were necessarily incurred in the prosecution of this case, but which fall outside the categories recoupable via Plaintiff's Bill of Costs in the amount of $4,670.10. This Motion is supported by the accompanying Brief, declarations from Edward D. Buckley and J. Kyle Brooks, Plaintiff's time and billing records, and other exhibits.

WHEREFORE, Plaintiff respectfully requests that she be awarded all fees and expenses sought, to wit: $166,407.50 in attorneys' fees and $ $4,670.10 in

expenses falling outside the categories of expenses recoverable via a Bill of Costs.

Respectfully submitted this 2nd day of February, 2024.

                                  **BUCKLEY BALA WILSON MEW LLP**

                                  */s/ Edward D. Buckley*
                                  Edward D. Buckley
                                  Georgia Bar No. 092750
                                  edbuckley@bbwmlaw.com
                                  J. Kyle Brooks
600 Peachtree Street NE         Georgia Bar No. 773561
Suite 3900                            kbrooks@bbwmlaw.com
Atlanta, GA  30308
Telephone: (404) 781-1100
Facsimile:  (404) 781-1101

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIPHONY MARSHALL, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-05186-SDG |
| v. ) | |
| ) | |
| TIDAL WAVE RESPONSE, LLC ) | |
| and JOHN MYERS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2024, I electronically filed **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Cory J. Wright - cwright@wnpllp.com
Devin Phillips - dphillips@wnpllp.com
Eric J. Nathan - nathan@wnpllp.com
Gabrielle Elaine Espy - gespy@wnpllp.com

**BUCKLEY BALA WILSON MEW LLP**

*/s/ Edward D. Buckley*
Edward D. Buckley
Georgia Bar No. 092750

- 3 -