# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

TIPHONY MARSHALL,

Plaintiff,

CIVIL ACTION FILE NO.
1:21-CV-05186-SEG

v.

TIDAL WAVE RESPONDS, LLC
and JOHN MYERS,

Defendants.

**DECLARATION OF AMANDA A. FARAHANY
IN SUPPORT OF PLAINTIFF'S PETITION FOR ATTORNEY'S FEES**

I, Amanda A. Farahany, make the following declaration pursuant to 28 USC § 1746:

1. My name is Amanda A. Farahany. I am over the age of 21 years and am suffering from no mental or physical disability.

2. I am licensed to practice law in the State of Georgia and have been since 1998. My State Bar Number is 646135. I am admitted to practice in the United States Supreme Court and the United States District Courts for the Northern District of Georgia, Middle and Southern Districts of Georgia, the United States District Courts in Colorado and Illinois, the United States Court of Appeals for the Eleventh Circuit and the United States Court of Appeals for the Sixth Circuit. I am also admitted to practice law in the Georgia Court of Appeals along with Georgia

Supreme Court. I have been a member in good standing of the State Bar of Georgia since 1998.

3. Prior to starting my practice, I clerked for the Honorable John H. Ruffin, Junior and the Honorable Allen G. Blackburn on the Georgia Court of Appeals.

4. I started my law firm on October 17, 1998, and practiced law at the Farahany Law Firm from 1998 to the end of 2000. From January 1, 2001, to the present, I have practiced law at Barrett & Farahany. Our firm practices exclusively in civil rights and employment law and for the past 25 years, I have focused on civil litigation, particularly in employment civil rights. I have represented individuals in classes in civil rights cases in the state and federal courts.

5. I am the managing partner of Barrett & Farahany, now a 25-lawyer law firm. Barrett & Farahany has been recognized as a "Best Law Firm" by US News and World Report and has won Best Litigation Firm of the Year by the Fulton County Daily Report.

6. I have tried multiple cases to verdict. Several verdicts have been in over seven figures, including the largest verdict in the nation in an FMLA case, the largest libel verdict in Georgia for a single plaintiff and the largest verdict in a genetic information non-discrimination (GINA) case. The GINA case is now taught in law school nationwide.

7. I currently hold two elected national board positions for employment law, including on the Executive Board of the National Employment Lawyers Association and on the Board for the Stand Up for Workers PAC.

8. In the past, I have been President of the Atlanta Bar Association, Labor and Employment Section, Co-Chair of the American Association of Justice Wage & Hour Litigation Group; Public Affairs Committee & Press Advisory Board to AAJ, Chair of the Inadequate Security Litigation Group for AAJ, Vice Chair of the American Association of Justice Employment Section, President of the National Employment Lawyers Association-Georgia Chapter, and all positions leading up to that position. I have also been the Chair of the Atlanta Counsel for Younger Lawyers (Atlanta Bar's Younger Lawyer Section), the Chair of the Women in the Profession Committee for the State Bar Younger Lawyers Division, and on the Executive Boards of the Atlanta Bar Association, the Atlanta Volunteer Lawyers Foundation and the National Crime Victim Bar Association.

9. Among other recognitions, I am AV rated through Martindale Hubbell. I have been inducted into the College of Labor and Employment as a Fellow. Membership is by nomination only and is limited to those who have the highest level of character, integrity, professional expertise and leadership, having sustained exceptionally high quality of services to clients, Bar, Bench and public and have the highest professional qualifications and ethical standards. I am listed

among the top 100 lawyers in employment law by the National Advocates. I have also been rated by my peers as a Super Lawyer since 2014 and a rising Super Lawyer before that. Super Lawyers has named me as one of the top 50 women lawyers in Georgia. I have been rated by my peers in Best Lawyers, including as the 2024 Best Lawyers Employment Law "Lawyer of the Year" in Atlanta, an honor I also received in 2019. I was also honored by the Atlanta Business Chronicle as a Top 20 Woman of Influence in 2021. The National Employment Lawyers Association in Georgia recognized me this year (2023) for its Advocacy Award.

10. I have chaired and taught numerous seminars on employment issues. I am a frequently invited speaker at seminars on labor and employment issues, as well as trial advocacy, including for the Georgia Bar's ICLE programs, the American Bar Association, the Atlanta Bar Association, the American Association for Justice, and the National Employment Lawyers Association and many others. I am also frequently asked to comment in the news on various employment issues.

11. I teach trial advocacy nationwide, including as a faculty member for the National Employment Lawyers Association Trial Boot Camp and as an Adjunct Professor at Emory Law School, where I taught advanced trial advocacy for four years. I have frequently been a guest lecturer in employment law classes

at various law schools throughout the nation, including Georgia, Michigan and Illinois.

12. I was on the Eleventh Circuit Committee to revise the pattern jury instructions on employment related issues.

13. My billing rate is $550.00 per hour for the clients I represent on an hourly basis. My hourly practice includes representing executives, physicians and other high wage earners in negotiations related to their employment situation.

14. My experience with individuals seeking representation in employment cases demonstrates that those individuals face substantial difficulty in this community in securing confident counsel and would be unable to do so in part due to their lack of financial resources, without a contingent fee arrangement.

15. I have known Edward D. Buckley since I decided to become an employment lawyer. He has been a mentor of mine, and I consider him to be at the very top of the field of employment law and employment lawyers. Ed is the epitome of a top lawyer – he possesses a profound understanding of the law, exceptional analytical and problem-solving skills and an unwavering commitment to justice. Moreover, he displays unwavering ethics, integrity and a dedication to upholding the principles of fairness and equity. Beyond his legal expertise, Ed has a passion for advocacy, engages in a continuous pursuit of knowledge and has a genuine desire to make a positive impact on the legal system and society at large.

16. I have reviewed the complaint and the two default judgments entered in this case, as well as the jury verdict. I have also reviewed the itemized statement filed by Buckley Bala Wilson Mew, which contains the firm's contemporaneous records, as well as the declaration of Edward D. Buckley. In my view, the hourly rates charged by Ed Buckley, Kyle Williams, Jay Pontrelli and their paralegal Bernadette Seals are reasonable and in keeping with the rates charged in the greater Atlanta community.

17. The case in which they are seeking attorney's fees was not a desirable case. The facts were terrible, and it was the sort of case in which the lawyers could expect a fight. Although it appears instead that the defendant simply went into default, the efforts needed to bring the matter to judgment, including a two-day jury trial, were considerable. The work performed by Mr. Buckley and Mr. Brooks was top-shelf work, which is the usual level of work performed by that firm.

18. I am aware of Ed Buckley's practice, as he and I confer regularly and have sat on many CLE panels together. I am aware that his practice consists of hourly work, as well as contingent fee work. Looking at the time invested in this case, I believe that Mr. Buckley would have had to set aside hourly work to accomplish the work in this matter.

19. I view the outcome of this case as an excellent outcome in which the plaintiff, Ms. Marshall, was the prevailing party and in which the relationship between the parties was changed. The jury determined that the defendants discriminated against her because of her race and sex and returned a very large verdict awarding her back wages, compensatory and punitive damages. This verdict is one of the largest single plaintiff verdicts ever in an employment discrimination case in the Northern District of Georgia, Atlanta Division.

20. All of the time Buckley Bala Wilson Mew billed was, in my judgment, necessary to provide proper representation to its client. The contemporaneous time records recorded are consistent with appropriate billing practices. I reviewed the time billed for each lawyer and paralegal in the firm and found that all of it was necessary and that none of it was duplicative.

21. In reviewing the expenses in the case, I noticed that the firm relied on a focus group. I believe that focus groups are invaluable and necessary, particularly for plaintiff's lawyers to understand what juries may find important in their cases. I, myself, am a big advocate of focus groups, and Mr. Buckley and I have frequently exchanged notes on how best to conduct such groups. In my view, any case which is going to be tried to a jury should first be presented to one or more focus groups. Focus groups are necessary to streamline the information and to present the case in the best way to assist potential jurors in understanding the

case. Using focus groups creates efficiency so that the time in trial is not wasted, and shortens the amount of time that jurors must sit to hear the case.

22. I believe I am competent to form an opinion concerning the range of rates and fees available for employment related and civil rights litigation in federal district court cases in Georgia. I, myself, have successfully filed fee petitions in federal court, including the Northern District of Georgia, Atlanta Division, and have successfully negotiated and mediated attorney fees dispute involving cases in the federal courts and in arbitration.

23. In my opinion, the rates charged for each lawyer and paralegal and the amount of time spent by Buckley Bala Wilson Mew was reasonable and customary for the various specific tasks and was reasonable and customary for the complexity of the issues involved in this litigation.

I declare under penalty of perjury under the laws of the United States pursuant to 28 USC § 1746, that the foregoing is true and correct and based upon my personal and professional knowledge, as well as my review of the aforementioned documents.

Executed this 31st day of January 2024.

DocuSigned by:
Amanda Farahany
F573AC970ECF411...

Amanda A. Farahany