# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TIPHONY MARSHALL,
    Plaintiff,

v.

TIDAL WAVE RESPONSE, LLC, and JOHN MYERS,
    Defendants.

Civil Action No.
1:21-cv-05186-SDG

## **JUDGMENT**

On December 28, 2022, the Court granted default judgment in favor of Plaintiff Tiphony Marshall against Defendants Tidal Wave Response, LLC and John Myers on Plaintiff's claim under 42 U.S.C. § 1981 and as to Plaintiff's entitlement to punitive damages on that claim [ECF 9]. On June 26, 2023, the Court granted default judgment in favor of Plaintiff against Defendant Tidal Wave Response, LLC on Plaintiff's Title VII claim under 42 U.S.C. § 2000e, *et seq.* and as to Plaintiff's entitlement to punitive damages on that claim [ECF 22]. The issue of damages was tried by jury, which rendered a verdict in favor of Plaintiff and against Defendants [ECF 43]. On March 26, 2024, the Court ruled that Plaintiff was entitled to front pay, prejudgment interest, attorneys' fees, and taxable costs.

Accordingly, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment be entered in favor of Plaintiff in the amount of **$554,326.94** against Defendants Tidal Wave Response, LLC and John Myers, jointly and severally; in

the amount of **$120,140.00** against Defendant Tidal Wave Response, LLC; and in the amount of **$3,000,000** against Defendant John Myers.

    **SO ORDERED** this 26th day of March, 2024.

                                            Steven D. Grimberg
                                    United States District Judge